UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMMAD ALI FARHANGFAR,

    Petitioner,

    v.

A. NEIL CLARK, Field Office Director,
U.S. Immigration and Customs Enforcement,

    Respondent.

Case No. C08-1578RSL

ORDER TO SHOW CAUSE

On January 21, 2009, the Honorable James P. Donohue, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to petitioner, but was returned unopened on January 29, 2009, as petitioner apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for April 10, 2009. If petitioner fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

DATED this 3rd day of February, 2009.

                                                  */s/ Robert S. Lasnik*
                                                Robert S. Lasnik
                                                United States District Judge

ORDER TO SHOW CAUSE - 1