UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMMAD ALI FARHANGFAR,

Petitioner,

v.

A. NEIL CLARK, Field Office Director,
U.S. Immigration and Customs Enforcement,

Respondent.

Case No. C08-1578RSL

ORDER OF DISMISSAL

On January 21, 2009, the Honorable James P. Donohue, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. That Report and Recommendation was mailed to petitioner but was returned unopened on January 29, 2009, as petitioner apparently no longer resides at the address on file with the Court. On February 4, 2009, this Court mailed a copy of an Order to Show Cause and that Order was returned unopened on February 13, 2009.

Local Rule 10(f) requires parties to notify the court of any change of address or telephone number within ten days of the change. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that petitioner has failed to prosecute this

ORDER OF DISMISSAL - 1

case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

DATED this 13th day of April, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2